AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Garrity, James L. | U.S. Bankruptcy Court -- Southern District New York | 08/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge -- Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer | Lincoln Hall Boys' Haven |
| 2. | Officer | Lincoln Hall Foundation |
| 3. | Co-executor | Estate |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Shearman & Sterling Employee Pension Plan -- Defined Benefit Pension Plan |
| 2. | 2013 | Morgan Lewis & Bockius LLP -- Cash Balance Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 08/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Hudson Valley Bar Association | 09/08/2017 | Poughkeepsie, New York | CLE (Teach) | Transportation & meal |
| 2. | National Conference of Bankruptcy Judges | 10/09/2017 - 10/12/2017 | Las Vegas, Nevada | CLE (Teach) | Transportation & lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank, NA Savings, Checking, Money Market | B | Interest | L | T | | | | | |
| 2. Uniform Trans. to Minors Accout (H) | | | | | | | | | |
| 3. -- Invesco Global Core Equity Fund Class A | A | Dividend | J | T | | | | | |
| 4. -- Eaton Vance Tax Managed Grouwth Fund 1.1 Class A | A | Dividend | J | T | | | | | |
| 5. -- Wells Fargo Asset Allocation | A | Dividend | K | T | | | | | |
| 6. 529 Plan Account -- JP Morgan 529 College Age-Based Portfolio C | A | Dividend | M | T | | | | | |
| 7. Shearman & Sterlng HR 10 -- Tax Qualified Defined Contribution Plan | | None | O | T | | | | | |
| 8. Morgan Lewis Bockius LLP -- Defined Contribution Plan | D | Int./Div. | L | T | | | | | |
| 9. Shearman & Sterling 401(k) (H) | | | | | | | | | |
| 10. -- Wellington Vanguard | B | Int./Div. | K | T | | | | | |
| 11. -- TRP Stable Value Fund Sch. A | A | Int./Div. | K | T | | | | | |
| 12. IShares Silver Tr ET SLV | | None | J | T | | | | | |
| 13. IShares ET US Preferred | B | Dividend | L | T | | | | | |
| 14. IShares ET Int'l Select Dividend | B | Dividend | K | T | | | | | |
| 15. IShares MSCI Brazil ET Capped | A | Dividend | K | T | | | | | |
| 16. IShares Select ET Dividend | C | Dividend | L | T | | | | | |
| 17. Vaneck Vectors JR Gold Miners | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR Dow Jones Indl ET Average ETF TR | B | Dividend | M | T | | | | | |
| 19. SPDR Gold Trust ET | | None | L | T | | | | | |
| 20. SPDR S&P Midcap 400 ET Trust Series N | C | Dividend | N | T | | | | | |
| 21. SPDR S&P 500 Trust ET SPY | D | Dividend | N | T | | | | | |
| 22. New York NY Issues See 64966K Preref 5.000% Due 1/1/22 | A | Interest | | | Redeemed (part) | 01/03/17 | J | | |
| 23. | | | | | Redeemed (part) | 03/24/17 | J | | |
| 24. Mt. Vernon NY City School Distr G/O | A | Interest | | | Redeemed | 07/17/17 | J | | |
| 25. Dutchess Co. NY Indl Dev Agy Civic FAC Bard Coll | B | Interest | | | Redeemed | 08/01/17 | K | | |
| 26. Hempstead Town NY LOC Dev Corp Adephi Univ | B | Interest | K | T | | | | | |
| 27. Poughkeepsie City NY Pub Impt Ser A Due 6/1/19 | B | Interest | K | T | | | | | |
| 28. New York State Dorm Auth REVS Non ST Supported Debt 2009 Due 7/1/19 | B | Interest | K | T | | | | | |
| 29. Newburgh NY Pub Impt Ser B G/O Due 9/1/19 | B | Interest | K | T | | | | | |
| 30. Oyster Bay NY G/O Ltd CPN 3.250% Due 8/1/20 | A | Interest | K | T | | | | | |
| 31. NYS MTG AGY REV NY ST HIGH ED FIN AUTH Due 11/1/20 | B | Interest | K | T | | | | | |
| 32. General Brown Cent Sch Distr NY Brownville & Dexter G/O | A | Interest | K | T | | | | | |
| 33. NYS Dorm Auth Revs Non St Supported Debt 2009 Due 10/1/21 | A | Interest | K | T | | | | | |
| 34. Yonkers NY Sch Ser D G/O Ltd 2.750% | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metro Trans Auth NY Rev Trans CPN 5.000% due 11/15/21 | B | Interest | | | Redeemed | 11/15/17 | K | | |
| 36. NYS Urban Dev Corp CPN 5.000% due 1/1/22 | B | Interest | L | T | | | | | |
| 37. Orangetown NY Pub Imp Ser CPN 2.000% due 2/1/22 | A | Interest | K | T | | | | | |
| 38. Rockland Co NY NY Var Purp Ser CPN 4.250% due 6/1/22 | B | Interest | K | T | | | | | |
| 39. Rockland Co NY VAR Purp Ser CPN 4.000% Due 10/15/22 | A | Interest | K | T | | | | | |
| 40. Puerto Rico Pub Bldgs Auth CPN 5.250% due 7/1/23 | A | Interest | J | T | | | | | |
| 41. New York NY Subser J 1 CPN 5.000% due 5/15.24 | C | Interest | K | T | | | | | |
| 42. Oyster Bay NY G/O Ltd CPN 3.250% due 8/1/24 | A | Interest | K | T | | | | | |
| 43. Ramapo NY Pub Impt Ser A G/O CPN 3.625% due 5/15/25 | A | Interest | K | T | | | | | |
| 44. Metro Trans Auth NY Rev Trans Ser D CPN 5.000% due 11/15/25 | A | Interest | K | T | | | | | |
| 45. New York NY City Transitional FN Fiscal 2013 Due 7/15/37 | A | Interest | K | T | | | | | |
| 46. Metr Trans Auth NY Rev Transn Ser A CPN 5.000% Due 11/15/37 | B | Interest | K | T | | | | | |
| 47. Hudson Yards NY Infra Corp SR B/E CPN 5.000% due 2/15/47 | B | Interest | | | Redeemed | 06/30/17 | K | | |
| 48. Barlclay BAn PLC Step Up CPNMedium Term Note CPN 4.500% Due 7/9/20 | B | Interest | K | T | | | | | |
| 49. First Eagle FDS Inc Global FD CL 1 SGIX | B | Dividend | M | T | | | | | |
| 50. First Eagle SOCGEN Global FD CL C FESGX Held in Margin | | None | L | T | | | | | |
| 51. IVY FDS Inc Asset Strategy FD CL 1 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JP Morgan Equity Income Fund CL A | B | Dividend | L | T | | | | | |
| 53. Pioneer Fundemental Growth FD | A | Dividend | L | T | | | | | |
| 54. Wells Fargo Advantage FDS - Asset Allocation FD Class C | C | Dividend | M | T | | | | | |
| 55. Cohen & Steers Select PFD & Income FD Inc | C | Dividend | L | T | | | | | |
| 56. Nuveen NY AMT FRE Municipal Income Fund NRK | B | Dividend | L | T | | | | | |
| 57. Barclays Bank PLC 8.125% Non cum Perp PFD | B | Dividend | K | T | | | | | |
| 58. Deutsche Bank 7.60% PFD contingent Cap III | A | Dividend | K | T | | | | | |
| 59. American Funds -- Washinngton Mutual Investors Fund | C | Dividend | K | T | | | | | |
| 60. MassMutual VariableUniversal Life MML SmallCap Growth EquityFund (Y) | A | Dividend | | | | | | | |
| 61. Schodack NY Central Shool District Fund | A | Interest | K | T | | | | | |
| 62. Syracuse NY Pub. Impt. Ser. | A | Interest | K | T | | | | | |
| 63. NY State Urban Dev. A 5% due 1/1/19 | B | Interest | K | T | | | | | |
| 64. Oyster Bay NY Pub Impt 3% due 3/1/24 | B | Interest | L | T | | | | | |
| 65. HSBC Bank USA Cpn 1.250% 7/27/21 | B | Interest | L | T | | | | | |
| 66. Montgomery CntyNY Cap. 3.37% due 9/1/32 | A | Interest | K | T | Buy | 08/14/17 | K | | |
| 67. New York NY City Hsg Dev. Corp 5% due 07/01/25 | B | Interest | L | T | Buy | 03/20/17 | L | | |
| 68. New York NY for previous issue 5% due 3/1/27 | B | Interest | L | T | Buy | 02/21/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   NYS Dorm Auth Sales Tax 5% due 3/15/38 | B | Interest | L | T | Buy | 01/11/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 08/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I -- Estate identified in Part I does not hold any reportable assets.

Part VII -- Shearman & Sterling HR 10 -- The reports that I recieve on this account do not provide a break down of the income attributable to the assets in the fund. I attempted to get that information but was unable to obtain it. I understand that for purposes of this report, there is a distinction between income and value. Again, I was not able to obtain the information.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Garrity**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544